IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY L. YOUNG, JR.                                          PLAINTIFF

v.                   CASE NO. 5:16-CV-00306 BSM

GREG BOLIN, Chief Administrator,
Dub Brassell Adult Detention Center, et al.                   DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 39] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, defendants' motion for summary judgment [Doc. No. 34] is granted, and plaintiff Johnny L. Young's complaint [Doc. No. 2] is dismissed with prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of June 2017.

_____
UNITED STATES DISTRICT JUDGE